# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AMBRESHA BATES, BERTHENA VAUGHN, ALLEN VAUGHN, BARBARA HUGHES, JON HUGHES SR., and TERESA WOODARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>EASTMAN CHEMICAL COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00930-JRG<br>(Lead Case) |
| LINDA DORSEY, DOYLE DORSEY, JO LEE FERGUSON, KATHRYN MCKINNEY, and RAEGAN MUSE,<br><br>*Plaintiffs*,<br><br>v.<br><br>EASTMAN CHEMICAL COMPANY,<br><br>*Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00617-JRG<br>(Member Case) |
| SHERRY MOLPUS, RICHARD MOLPUS, BETTY MOWERY, KISHINA SHAW, JEWEL SHAW, LISA JONES, JOSEPH JONES, MARITA WHITE, and KENNETH WHITE,<br><br>*Plaintiffs*,<br><br>v.<br><br>EASTMAN CHEMICAL COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00981-JRG<br>(Member Case) |

## <u>ORDER</u>

Before the Court are: (1) the Unopposed Motion to Withdraw Counsel (the "Motion to Withdraw"), and (2) the Unopposed Motion to Change Lead Counsel (the "Motion to Change Lead Counsel"), both filed by Defendant Eastman Chemical Company ("Defendant"). (Dkt. Nos. 51, 52.)

In the Motion to Withdraw, Defendant requests that Taj J. Clayton be permitted to withdraw as counsel of record. (Dkt. No. 51 at 1-2.) Defendant represents that it will continue to be represented by attorneys of Jones Day and Gillam & Smith, LLP, as well as other attorneys of Kirkland & Ellis LLP." (*Id*. at 2.) The Motion to Withdraw is unopposed. (*Id*.)

Having considered the Motion to Withdraw, and noting its unopposed nature, the Court finds that the Motion to Withdraw should be and hereby is **GRANTED**. It is therefore **ORDERED** that Mr. Clayton be permitted to **withdraw** as counsel of record for Defendant in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Mr. Clayton as counsel of record and all electronic notifications to the same.

In the Motion to Change Lead Counsel, Defendant requests that the Court "allow Philip M. Oliss of the law firm Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, to be substituted as lead counsel for [Defendant]," in light of Defendant's motion to withdraw its current lead counsel Mr. Clayton. (Dkt. No. 52 at 2.) The Motion to Change Lead Counsel is unopposed. (*Id*.)

Having considered the Motion to Change Lead Counsel, and noting its unopposed nature, the Court finds that it should also be and hereby is **GRANTED**. It is **ORDERED** that the Clerk shall designate Mr. Oliss as lead counsel for Defendant in the above-captioned case.

**So ORDERED and SIGNED this 31st day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE